UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRI-STATE BIODIESEL, LLC

Plaintiff,

-v-

ENVIRONMENTAL ENERGY
RECYCLING CORPORATION, LLC

Defendant.

Case No. 08 CIV 2997 (RMB)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRI-STATE BIODIESEL, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CENTRAL HUDSON ENTERPRISES CORPORATION

Date: 3/20/08

Signature of Attorney

**Attorney Bar Code:** JS1220

Form Rule7_1.pdf  SDNY Web 10/2007