UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Tri-State Biodiesel, LLC
                Plaintiff(s),

        - v -

Environmental Energy Recycling
Corp., LLC    Defendant(s).
-------------------------------------------------------X

**Case Management Plan**

08 CV. 2997 (RMB)

     The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _N/A_

(ii)   Amend the pleadings by _7/8/08_

(iii)  All discovery to be **expeditiously** completed by _9/18/08_

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions _Initiated and ongoing_ 9/24/08 @ 10:00 AM

**Sections vi through xi will be set at conference with the Court.** _with principals_

(vi)  Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)    Trial _____

(xi)  Other _____

SO ORDERED: New York, New York
                _5/19/08_

_/s/ RMB_
Hon. Richard M. Berman, U.S.D.J.