# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TRI-STATE BIODIESEL, LLC<br><br>Plaintiff,<br><br>-v-<br><br>ENVIRONMENTAL ENERGY RECYCLYING CORPORATION, LLC<br><br>Defendant. | Case No. 08 CIV 2997 (RMB)<br><br>AMENDED<br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRI-STATE BIODIESEL, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** May 30, 2008

**Signature of Attorney**

**Attorney Bar Code:** JS1220

Form Rule7_1.pdf  SDNY Web 10/2007