UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TRI_STATE BIODIESEL, LLC

                Plaintiff,

      -against-

ENVIRONMENTAL ENERGY RECYCLING
CORPORATION, LLC
              Defendant.
-------------------------------------------------------------x

          08 CIVIL 2997   (RMB )

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ___BB2177___

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: ___Lowenstein Sandler PC___

    To: ___Norris McLaughlin & Marcus PC___

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:*    875 Third Avenue, 18th Floor, New York, NY 10022

[X] *Telephone Number:*    212-808-0700

[X] *Fax Number:*    212-808-0844

[X] *E-Mail Address:*    bblaney@nmmlaw.com

Dated: 6/17/08