Bryan Blaney (BB2177)
NORRIS MCLAUGHLIN & MARCUS
875 Third Avenue, 18th Floor
New York, New York 10022
Telephone (212) 808-0700
Attorneys for Defendant
Environmental Energy Recycling Corporation, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRI-STATE BIODIESEL, LLC,

                     Plaintiff,

        v.

ENVIRONMENTAL ENERGY RECYCLING
CORPORATION, LLC
                    Defendant

-------------------------------------------------------------------x

Civil Case No.:
08-CIV-2997 (RMB)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Environmental Energy Recycling Corporation, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE

Dated: New York, New York
       June 17, 2008

                              /s/ Bryan Blaney
                              Bryan Blaney, Esq. (BB2177)