Bryan Blaney
NORRIS MCLAUGHLIN & MARCUS
875 Third Avenue, 18th Floor
New York, New York 10022
Telephone (212) 808-0700
Attorneys for Defendant
Environmental Energy Recycling Corporation, LLC.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRI-STATE BIODIESEL, LLC,

           Plaintiff,

    v.

ENVIRONMENTAL ENERGY RECYCLING
CORPORATION, LLC.

           Defendant.
-------------------------------------------------------------------x

Civil Case No.:
08-CIV-2997

~~PROPOSED~~ ORDER

    This matter having been brought before the Court by Norris, McLaughlin & Marcus, (Bryan Blaney, Esq. appearing), and on notice to Counsel of Record in the above-captioned matter case, and

    Upon review of the letter submitted by counsel; and

Consent of the plaintiff

    IT IS ON THE **17th** day of **June**, 2008;

    ORDERED

that the time for the Defendant to file its response to the Complaint, Affirmative Defenses and Counter-Claims is extended until June 13 2008.

Dated: 6/17/08

_____RMB_____
Honorable Richrad M. Berman
United States District Judge